**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** II    **Investigating Agency** SSA-OIG

**City** New Bedford    **Related Case Information:**
**County** Bristol

- Superseding Ind./ Inf. ____  Case No. ____
- Same Defendant ____  New Defendant ____
- Magistrate Judge Case Number ____
- Search Warrant Case Number ____
- R 20/R 40 from District of ____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____  ☐ Yes  ☑ No

Defendant Name: Anthony Patterson    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: 3330 Acushnet Avenue, New Bedford, MA 02745

Birth date (Yr only): 1962   SSN (last 4#): 0879   Sex: M   Race: Unknown   Nationality: U.S.A.

Defense Counsel if known: Joseph B. Simons    Address: 10 Post Office Square, Ste. 800, Boston, MA 02109

Bar Number: 684030

**U.S. Attorney Information**

AUSA: James J. Nagelberg    Bar Number if applicable: 676656

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2024    Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Anthony Patterson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of Government Money | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013